477 A.2d 895

Howee, Appellant, v. Ro-Ho TV Rental.

Reargument Denied July 17, 1984.

Argued February 21, 1984. Allen L. Feingold, for appellant; Richard T. Barth, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

476 A.2d 81

Hunter v. Government Employees, Appellant.

Submitted March 5, 1984. Blake E. Dunbar, Jr., for appellant; Karl L. Stefan, for appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment affirmed.